**Continuing Abatement Order filed January 10, 2023**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00687-CV**
_____

**DANIEL MANK, Appellant**

**V.**

**AMERICAN EXPRESS NATIONAL BANK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1181128**

---

## CONTINUING ABATEMENT ORDER

On November 15, 2022, we abated this appeal for sixty days. On January 5, 2023, appellant filed an unopposed motion requesting that we continue the abatement of this appeal. That motion is GRANTED.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **February 14, 2023**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.